**CIVIL ACTION NO. 5:22-cv-228**

# EXHIBIT 3
# COPIES OF DOCUMENTS FILED IN STATE COURT

FILED
1/24/2022 10:40 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Laura Castillo
Bexar County - 407th District Court

4 CITS CML (SOS)

## 2022CI01303

CAUSE NO.: _____

| | | |
|---|---|---|
| **JACQUELINE BENAVIDEZ AND SAN JUANITA LERMA,** *Plaintiffs,* | §<br>§<br>§<br>§ | **IN THE DISTRICT COURT** |
| **v** | §<br>§<br>§<br>§ | _____ **JUDICIAL DISTRICT** |
| **KCS TRUCKING, LLC, RICK KIRK, NORTHLAND CAPITAL FINANCIAL SERVICES, LLC, AND JUSTIN WILSON,** *Defendants.* | §<br>§<br>§<br>§<br>§ | **BEXAR COUNTY, TEXAS** |

## PLAINTIFFS' ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs Jacqueline Benavidez and San Juanita Lerma, hereinafter individually named or together as "Plaintiffs," complaining of and about KCS Trucking, LLC, Rick Kirk, Northland Capital Financial Services, LLC, and Justin Wilson, hereinafter individually named or together as "Defendants," and would respectfully show the Court the following:

### I.
### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiffs intend that discovery be conducted under Discovery Level 3.

### II.
### PARTIES AND SERVICE

2. Plaintiff Jacqueline Benavidez is an individual who is a resident of San Antonio, Bexar County, Texas. The last 4 digits of Plaintiff's social security number are XXX-XX-2847. The last 4 digits of Plaintiff's license number are 5366.

3. Plaintiff San Juanita Lerma is an individual who is a resident of San Antonio, Bexar County, Texas. The last 4 digits of Plaintiff's social security number are XXX-XX-0250.

4. Defendant KCS Trucking, LLC (USDOT No. 915011) is a nonresident corporation, which conducts business in the state of Texas, but does not maintain an agent for service of process in this state. Accordingly, this Defendant may be served with process by service on the Secretary of State of Texas, by certified mail, return receipt requested through the clerk of the Court at, 6511 E. 400 Rd., Oologah, Oklahoma 74053-3217.

5. Defendant Rick Kirk is an individual who is a resident of Texas and who may be served with process at his home at the following address: 6511 E. 400 Rd., Oologah, Oklahoma 74053-3217, or wherever he may be found. Service of said Defendant as described above can be effected by certified mail, return receipt requested through the clerk of the court.

6. Defendant Northland Capital Financial Services, LLC, is a nonresident corporation, which conducts business in the State of Texas, but does not maintain an agent for service of process in this state. Accordingly, this Defendant may be served with process by service on the Secretary of State of Texas, by certified mail, return receipt requested through the clerk of the court at, 333 33rd Avenue South, St. Cloud, MN 56301.

7. Defendant Justin Wilson is an individual who is a nonresident of Texas and who may be served with process at his home at the following address: 5814 E. 22nd Pl., Tulsa, Oklahoma 74114, or wherever he may be found. Service of said Defendant as described above can effected by certified mail, return receipt requested through the clerk of the court.

### III
### JURISDICTION AND VENUE

8. The subject matter in controversy is within the jurisdictional limits of this Court.

9. This Court has jurisdiction over Defendants because said Defendants purposefully availed themselves of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to conger jurisdiction over said Defendants, and the assumption of jurisdiction over Defendants will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

2

10. Furthermore, Plaintiff would show that Defendants engaged in activities constituting business in the state of Texas as provided by Section 17.042(2) of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

11. Venue in Bexar County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

12. Further, the Court has jurisdiction in this case because the amount in controversy, exclusive of interest and costs, is within the jurisdictional limits of this Court as Plaintiff, and in compliance with Tex. R. Civ. P. 47, states that monetary relief of over $1,000,000.00, is sought by way of this suit. However, the amount of actual damages awarded should be subject to the evaluation of the evidence by a fair and impartial jury and the limitations as specified in the Texas Tort Claims Act.

IV.
**FACTS**

13. On or about March 18, 2020, Plaintiffs Jacqueline Benavidez and San Juanita Lerma, were traveling west on Loop 1604 in San Antonio, Bexar County, Texas, in a 2016 Silver Kia Soul (VIN number KNDJN2A25G7825695). Defendant Justin Wilson was also traveling on Loop 1604 in a red 2005 Peterbilt 379 truck tractor, which truck tractor was owned and operated by Defendants Rick Kirk, KCS Trucking, LLC and Northland Capital Financial Services, LLC. At the time of the incident that basis of Plaintiffs suit, the truck tractor was pulling a trailer (VIN number 1PMS14221G10472112), which trailer was owned and operated by Defendant Northland Capital Financial Services, LLC. Suddenly and unexpectedly, Plaintiffs drove over oil that leaked onto the roadway from Defendants' vehicle from a faulty/leaking oil filter or other similar maintenance failure.

14. According to the Texas Peace Officer's Crash Repo, the slippery and dangerous condition created by Defendants caused Plaintiffs to lose control of their vehicle, slide off the roadway, and strike

the center median. As a result of the collision, Plaintiffs sustained serious and disabling injuries for which they now sue.

15. At the time of the incident the basis of Plaintiffs' suit, Defendant Justin Wilson was an employee (or statutory employee) and under the dispatch of Defendants Rick Kirk, KCS Trucking, LLC, and Northland Capital Financial Services, LLC. At the time of the incident made the basis of this suit, Justin Wilson was in the course and scope of his employment with Defendants Rick Kirk, KCS Trucking, LLC and Northland Capital Financial Services, LLC.

16. Among other things as outlined below, the truck/tractor oil leak was caused by the neglect of the commercial motor vehicle operator Justin Wilson and the direct and independent neglect of the Defendants Rick Kirk and KCS Trucking, LLC, and Northland Capital Financial Services, LLC, the employers of Justin Wilson, and the negligence as outlined above and in detail below, resulted in personal physical injuries and physical sickness to Plaintiffs Jacqueline Benavidez and San Juanita Lerma.

## V.
## <u>PLAINTIFFS' CLAIM OF NEGLIGENCE<br>AGAINST DEFENDANTS</u>

17. Defendant Justin Wilson, KCS Trucking, LLC, and Northland Capital Financial Services, LLC, had a duty to exercise reasonable care to avoid harm to others under circumstances similar to those described herein.

18. Plaintiffs' injuries were proximately caused by Defendants' negligent, careless, and reckless disregard of said duty. The negligent, careless, and reckless disregard of duty of Defendants consisted of, but is not limited to, the following acts and omissions:

    A. Failure to exercise the reasonable care that a professional motor carrier would use when it failed to properly inspect, maintain, and repair the truck tractor, or utilize it, pursuant to FMSCR's, and have a trained and qualified mechanic to perform repairs and maintenance on the tractor/trailer;

    B. Failure to exercise the reasonable care that a professional motor carrier would use when it failed to properly repair and maintain the tractor/trailer in compliance with FMCSR's and state counterparts;

C. Failure to take the truck and/or trailer prior to the date of the incident out of service and both the motor carrier and its commercial motor vehicle operator should have ensured the vehicle was NOT on the roadways endangering the motoring public;

D. Failure to exercise the reasonable care that a professional motor carrier would use when it failed to perform and prepare pre and post-trip inspection and complete necessary reports (DVIR's) in compliance with the FMCSR's and state counterparts;

E. Failure to maintain inspection, repair, and maintenance records, as required under to 49 CFR 396.3, as well as to report damage, defects, or deficiencies and confirm that such damage, defects, or deficiencies had been repaired, under 49 CFR 396.11 of the FMCSR's and state counterparts;

F. Failure to properly ensure its drivers ensured that parts used on the equipment (trucks or trailers) were in good working order;

G. The motor carrier, its officers, drivers, agents, representatives, and employees directly concerned with inspection or maintenance of commercial motor vehicles were not knowledgeable of and did not comply with the rules for inspection, repair, and maintenance set out in Part 396 of the FMCSR's and state counterparts;

H. Negligently allowed its motor vehicles to be operated in such a condition that they were likely to cause an accident or a breakdown of the vehicle;

I. Failed to require operators to report and prepare in writing a report at the completion of each day's work on each vehicle operated (and failed to identify or list defects that would affect the safety of operations of the vehicle or might result in mechanical breakdown or fluid leaks; and

J. Allowed inspections, maintenance, repairs, or service to its vehicles by those not properly qualified or certified in violation of industry practice and FMCSR's and state counterparts.

19. All the negligent acts and/or omissions described above proximately caused the injuries and damages the Plaintiff has suffered, and as more fully described below or the occurrence in question.

20. The conduct of Defendants as described above, either jointly or individually rises to the level of malice under Tex. Civ. Prac. & Rem. Code §41.001(7) as well as gross negligence as that term is defined under § 41.001(11) and was the proximate cause of the injuries and damages set out below.

21. These actions and/or omissions of Defendants involved an extreme degree of risk, considering the probability and magnitude of the potential harm to the Plaintiffs and the motoring public. Defendants had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of the motoring public, including Plaintiffs. Therefore, the Plaintiffs asse1s a claim for exemplary damages, the amount of which is to be decided by a fair and impartial jury against Defendants.

22. It is further alleged that Defendant Justin Wilson was a vice principal of Defendants, and thus his action are the actions of Defendants. Defendants KCS Trucking, LLC, Rick Kirk, and Northland Capital Financial Services, LLC, also ratified the negligent and gross negligent actions of that Defendant Justin Wilson.

## VI.
## PLAINTIFFS' CLAIM OF RESPONDEAT SUPERIOR AGAINST KCS TRUCKING, LLC, RICK KIRK, AND NORTHLAND CAPITAL FINANCIAL SERVICES, LLC

23. At the time of the occurrence of the act in question and immediately prior thereto, Justin Wilson was within the course and scope of employment for Defendants KCS Trucking, LLC, Rick Kirk, and Northland Capital Financial Services, LLC.

24. At the time of the occurrence of the act in question and immediately prior thereto, Justin Wilson was engaged in the furtherance of the business of Defendants' KCS Trucking, LLC, Rick Kirk, and Northland Capital Financial Services, LLC.

25. At the time of the occurrence of the act in question and immediately prior thereto, Justin Wilson was engaged in the accomplishing a task for which Justin Wilson was employed.

26. Plaintiffs invoke the doctrine of respondeat superior as against Defendants KCS Trucking, LLC, Rick Kirk, and Northland Capital Financial Services, LLC.

## VII.
## PLAINTIFF'S CLAIM OF NEGLIGENT ENTRUSTMENT AGAINST DEFENDANTS

6

27. Defendants KCS Trucking, LLC, Rick Kirk, and Northland Capital Financial Services, LLC were the owners of the vehicles operated by Justin Wilson.

28. Said Defendants entrusted the vehicle to Justin Wilson, a reckless and incompetent driver.

29. Defendants knew, or through the exercise of reasonable care should have known, that Justin Wilson was a reckless and incompetent driver.

30. As described herein, Justin Wilson was negligent on the occasion in question.

31. Justin Wilson's negligence was the proximate cause of Plaintiff's damages.

## VIII.
## DAMAGES FOR PLAINTIFFS

**Jacqueline Benavidez**

32. As a direct and proximate result of the collision and the negligent conduct of Defendants, Plaintiff Jacqueline Benavidez suffered severe bodily injuries to her neck, head, abdomen, as well as to her body generally. The injuries have had a serious effect on the Plaintiff's health and well-being. Some of the effects are permanent and others will cause Plaintiff to suffer for a long time into the future, if not for her entire life. These specific injuries and their ill effects have, in turn, caused the Plaintiff's physical and mental condition to deteriorate generally, and the specific injuries and ill effects alleged have caused and will, in all reasonable probability, cause the Plaintiff to suffer consequences and ill effects of this deterioration throughout her body for a long time in the future, if not for the balance of her natural life. As a further result of the nature and consequences of her injuries, the Plaintiff suffered great physical and mental pain, suffering and mental anguish andin all reasonable probability, will continue to suffer in this manner for a long time into the future, if not for the balance of her natural life.

33. Additionally, as a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff Jacqueline Benavidez incurred the following damages:

    a. Reasonable medical care and expenses in the past. Plaintiff incurred these expenses for the necessary care and treatment of the injuries resulting from the accident complained

7

of herein and such charges are reasonable and were usual and customary charges for such services in Bexar County, Texas;

b.   Reasonable and necessary medical care and expenses that will, in all reasonable probability, be incurred in the future;

c.   Physical pain and suffering in the past;

d.   Physical pain and suffering which will, in all reasonable probability, be suffered in the future;

e.   Physical impairment and disability in the past;

f.   Physical impairment and disability that will, in all reasonable probability be suffered in the future;

g.   Loss of wages in the past;

h.   Loss of earning capacity;

i.   Mental anguish in the past;

j.   Mental anguish that will, in all reasonable probability, be suffered in the future;

k.   Physical disfigurement in the past and which will, in all reasonable probability, be suffered in the future;

l.   Cost of medical monitoring and prevention in the future; and

m.   Property damage to the vehicle.

## San Juanita Lerma

34. As a direct and proximate result of the collision and the negligent conduct of Defendants, Plaintiff San Juanita Lerma suffered severe bodily injuries to her neck and back, chest, abdomen, left knee, as well as to her body generally. The injuries have had a serious effect on thePlaintiffs health and well-being.   Some of the effects are permanent and others will cause Plaintiff to suffer for a long time into the future, if not for her entire life. These specific injuries and their ill effects have, in turn, caused the Plaintiffs physical and mental

8

condition to deteriorate generally, and the specific injuries and ill effects alleged have caused and will, in all reasonable probability, cause the Plaintiff to suffer consequences and ill effects of this deterioration throughout her body for a long time in the future, if not for the balance of her natural life. As a further result of the nature and consequences of her injuries, the Plaintiff suffered great physical and mental pain, suffering and mental anguish and in all reasonable probability, will continue to suffer in this manner for a long time into the future, if not for the balance of her natural life.

35. Additionally, as a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff San Juanita Lerma incurred the following damages:

   n. Reasonable medical care and expenses in the past. Plaintiff incurred these expenses for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Bexar County, Texas;

   o. Reasonable and necessary medical care and expenses that will, in all reasonable probability, be incurred in the future;

   p. Physical pain and suffering in the past;

   q. Physical pain and suffering which will, in all reasonable probability, be suffered in the future;

   r. Physical impairment and disability in the past;

   s. Physical impairment and disability that will, in all reasonable probability be suffered in the future;

   t. Loss of wages in the past;

   u. Loss of earning capacity;

   v. Mental anguish in the past;

   w. Mental anguish that will, in all reasonable probability, be suffered in the future;

   x. Physical disfigurement in the past and which will, in all reasonable probability, be suffered in the future;

   y. Cost of medical monitoring and prevention in the future; and

Plaintiffs' Original Petition/Benavidez-Lerma v. KCS

z.  Property damage to the vehicle.

## PRAYER

**WHEREFORE,** Plaintiffs respectfully pray that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**LAW OFFICE OF JOE A. GAMEZ, P.C.**

By: /s/ David A. Tijerina
JOE A. GAMEZ
Texas Bar No. 07607200
DAVID A. TIJERINA
Texas Bar No. 00791796
Email: d.tijerina@jagamezlaw.com
1119 Fresno Drive
San Antonio, Texas 78201
Tel. (210) 736-4040
Fax. (210) 734-0100

## ATTORNEYS FOR PLAINTIFFS

## PLAINTIFF HEREBY DEMANDS TRIAL BY JURY

10

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 61071443
Status as of 1/24/2022 11:22 AM CST

Associated Case Party: San Juanita Lerma

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Niqita Selman | | n.selman@jagamezlaw.com | 1/24/2022 10:40:11 AM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 1/24/2022 10:40:11 AM | SENT |

Associated Case Party: Jacqueline Benavidez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Niqita Selman | | n.selman@jagamezlaw.com | 1/24/2022 10:40:11 AM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 1/24/2022 10:40:11 AM | SENT |

CERTIFIED MAIL 70210350000102656222

Case Number: 2022CI01303

San Juanita Lerma ET AL VS KCS Trucking, LLC ET AL                    IN THE 407th District Court
(Note: Attached Document May Contain Additional Litigants.)           BEXAR COUNTY, TEXAS
                              CITATION

"THE STATE OF TEXAS"
DIRECTED TO:      Northland Capital Financial Services, LLC
                  By serving SECRETARY OF STATE
                  PO BOX 12079
                  AUSTIN, TEXAS 78711



"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said PLAINTIFF'S ORIGINAL PETITION was filed on this the 24th day of January, 2022

ISSUED UNDER MY HAND AND SEAL OF SAID COURT 27TH DAY OF JANUARY, 2022.

**DAVID TIJERINA**                                          Mary Angie Garcia
**ATTORNEY FOR PLAINTIFF**                                  Bexar County District Clerk
**8122 DATAPOINT DR STE 816**                               101 W. Nueva, Suite 217
**SAN ANTONIO TX 78216**



                                                            San Antonio, Texas 78205
                                                            By: /s/ *Monica Hernandez*
                                                                Monica Hernandez, Deputy

---

San Juanita Lerma ET AL VS KCS Trucking,        Officer's Return          Case Number: 2022CI01303
LLC ET AL
                                                                          Court: 407th District Court

Came to hand on the 27th day of January, 2022, at 11:32 AM and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the
_2_ day of _Feb_____, 20_22_, by delivering to:
_TX Comptroller mail_ at PO BOX 12079, AUSTIN, TX 78711 a true copy of this
CITATION, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with
PLAINTIFF'S ORIGINAL PETITION.

Cause of failure to execute this is

_____

                                                            

**FILED**
__11:07__ O'CLOCK __A__ M

FEB 1 0 2022
MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
(BY)_____
              DEPUTY

                                                            Mary Angie Garcia
                                                            Bexar County District Clerk
                                                            101 W. Nueva, Suite 217
                                                            San Antonio, Texas 78205

                                                            By: /s/ *Monica Hernandez*
                                                                Monica Hernandez, Deputy

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt *(hardcopy)*          $
☐ Return Receipt *(electronic)*        $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required             $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

JAN 8

NORTHLAND CAPITAL FINANCIAL SERVICES, LLC
BY SERVING SECRETARY OF STATE
PO BOX 12079
AUSTIN, TEXAS 78711
Monica Hernandez Citation Certified Mail 2022C101303

2222  6222  0265  0001  0350  7021

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NORTHLAND CAPITAL FINANCIAL SERVICES, LLC
BY SERVING SECRETARY OF STATE
PO BOX 12079
AUSTIN, TEXAS 78711
Monica Hernandez Citation Certified Mail 2022C101303

9590 9402 6144 0209 2906 18

2. Article Transfer from sender label
7021 0350 0001 0265 6222

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

Comptroller Mail
FEB 02 2022

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery              ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

CERTIFIED MAIL 70210350000102656208

**Case Number: 2022CI01303**

San Juanita Lerma ET AL VS  KCS Trucking, LLC ET AL                                    IN THE 407th District Court
(Note: Attached Document May Contain Additional Litigants.)                             BEXAR COUNTY, TEXAS
                                        **CITATION**

"THE STATE OF TEXAS"
DIRECTED TO:      KCS Trucking, LLC
                  By serving SECRETARY OF STATE
                  PO BOX 12079
                  AUSTIN, TEXAS 78711

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who
issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this
Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you
may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later
than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said PLAINTIFF'S ORIGINAL
PETITION was filed on this the 24th day of January, 2022

ISSUED UNDER MY HAND AND SEAL OF SAID COURT 27TH DAY OF JANUARY, 2022.

**DAVID TIJERINA**                                    **Mary Angie Garcia**
**ATTORNEY FOR PLAINTIFF**                                                **Bexar County District Clerk**
**8122 DATAPOINT DR STE 816**                                            **101 W. Nueva, Suite 217**
**SAN ANTONIO TX  78216**

                                                                         **San Antonio, Texas 78205**

                                                                         By: /s/ Monica Hernandez
                                                                             **Monica Hernandez, Deputy**

---

San Juanita Lerma ET AL VS  KCS Trucking,              Officer's Return              Case Number: 2022CI01303
LLC ET AL
                                                                                      Court: 407th District Court

Came to hand on the 27th day of January, 2022, at 11:16 AM and ~~EXECUTED~~ (NOT EXECUTED) by CERTIFIED MAIL, on the
__2__ day of __Feb.__ , 20__22__, by delivering to: __TX Comptroller mail__
at PO BOX 12079. AUSTIN TX 78711 a true copy of this CITATION, upon which I endorsed that date of delivery,
together with the accompanying copy of the CITATION with  PLAINTIFF'S ORIGINAL PETITION. 

Cause of failure to execute this is

_____

**FILED**
11:07 O'CLOCK A M

FEB 1 0 2022

MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY_____
                    DEPUTY

                                                          **Mary Angie Garcia**
                                                          **Bexar County District Clerk**
                                                          **101 W. Nueva, Suite 217**
                                                          **San Antonio, Texas 78205**

                                                          By: /s/ Monica Hernandez
                                                              **Monica Hernandez, Deputy**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $         Postmark
☐ Certified Mail Restricted Delivery $         Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

KCS TRUCKING, LLC
BY SERVING SSECRETARY OF STATE
PO BOX 12079
AUSITN, TEXAS 78711
Monica Hernandez Citation Certified Mail 2022CI01303

7021 0350 0001 0265 6208

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

KCS TRUCKING, LLC
BY SERVING SSECRETARY OF STATE
PO BOX 12079
AUSITN, TEXAS 78711
Monica Hernandez Citation Certified Mail 2022CI01303

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

FEB 02 2022

9590 9402 6144 0209 2906 32

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7021 0350 0001 0265 6208

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

CERTIFIED MAIL 70210350000102656215

**Case Number: 2022CI01303**

San Juanita Lerma ET AL VS KCS Trucking, LLC ET AL
(Note: Attached Document May Contain Additional Litigants.)

IN THE 407th District Court
BEXAR COUNTY, TEXAS

**CITATION**

**"THE STATE OF TEXAS"**
**DIRECTED TO:**     Rick Kirk
                    By serving SECRETARY OF STATE
                    PO BOX 12079
                    AUSTIN, TEXAS 78711



"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said PLAINTIFFS' ORIGINAL PETITION was filed on this the 24th day of January, 2022

ISSUED UNDER MY HAND AND SEAL OF SAID COURT 27TH DAY OF JANUARY, 2022.

**DAVID TIJERINA**
**ATTORNEY FOR PLAINTIFF**
**8122 DATAPOINT DR STE 816**
**SAN ANTONIO TX 78216**

**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**

By: /s/ *Monica Hernandez*
        **Monica Hernandez, Deputy**

---

| San Juanita Lerma ET AL VS KCS Trucking, LLC ET AL | Officer's Return | Case Number: 2022CI01303 |
|---|---|---|
| | | Court: 407th District Court |

Came to hand on the 27th day of January, 2022, at 11:26 AM and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the
__2__ day of __Feb_____, 20__22__, by delivering to: __Tx Comptroller mail__
at PO BOX 12079 AUSTIN, TEXAS 78711 a true copy of this CITATION, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with  PLAINTIFFS' ORIGINAL PETITION.

CRT

Cause of failure to execute this is

_____

**FILED**
11:07 O'CLOCK A M

FEB 1 0 2022

MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY _____
            DEPUTY



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: /s/ *Monica Hernandez*
        **Monica Hernandez, Deputy**



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

7021 0350 0001 0265 6215

RICK KIRK
BY SERVING SECRETARY OF STATE
PO BOX 12079
AUSTIN, TEXAS 78711

Monica Hernandez Citation Certified Mail 2022CI01303

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |

1. Article Addressed to:

RICK KIRK
BY SERVING SECRETARY OF STATE
PO BOX 12079
AUSTIN, TEXAS 78711

Monica Hernandez Citation Certified Mail 2022CI01303

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 0 2 2022

9590 9402 6144 0209 2906 25

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7021 0350 0001 0265 6215

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

CERTIFIED MAIL 70210350000102656239

Case Number: 2022CI01303

San Juanita Lerma ET AL VS KCS Trucking, LLC ET AL
(Note: Attached Document May Contain Additional Litigants.)

IN THE 407th District Court
BEXAR COUNTY, TEXAS

**CITATION**

**"THE STATE OF TEXAS"**

**DIRECTED TO:**    Justin Wilson
By serving SECRETARY OF STATE
PO BOX 12079
AUSTIN, TEXAS 78711



"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said PLAINTIFF'S ORIGINAL PETITION was filed on this the 24th day of January, 2022

ISSUED UNDER MY HAND AND SEAL OF SAID COURT 27TH DAY OF JANUARY, 2022.

**DAVID TIJERINA**
**ATTORNEY FOR PLAINTIFF**
**8122 DATAPOINT DR STE 816**
**SAN ANTONIO TX  78216**

**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**

By: /s/ *Monica Hernandez*
**Monica Hernandez, Deputy**

---

| San Juanita Lerma ET AL VS  KCS Trucking, LLC ET AL | Officer's Return | Case Number: 2022CI01303 |
|---|---|---|
| | | Court: 407th District Court |

Came to hand on the 27th day of January, 2022, at 11:37 AM and EXECUTED (NOT EXECUTED) BY CERTIFIED MAIL, on the
___ day of _Feb_____ , 20 __22__ , by delivering to:
  at PO BOX 12079, AUSTIN, TX 78711 true copy of this
CITATION, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with
PLAINTIFF'S ORIGINAL PETITION.

Cause of failure to execute this is

_____



**FILED**
_1107_ O'CLOCK _A_ M

FEB 1 0 2022

MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY _____
DEPUTY

**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: /s/ *Monica Hernandez*
**Monica Hernandez, Deputy**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

JUSTIN WILSON
BY SERVING SECRETARY OF STATE
PO BOX 12079
AUSTIN, TEXAS 78711
Monica Hernandez Citation Certified Mail 2022CI01303

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7021 0350 0001 0265 6239

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JUSTIN WILSON
BY SERVING SECRETARY OF STATE
PO BOX 12079
AUSTIN, TEXAS 78711
Monica Hernandez Citation Certified Mail 2022CI01303

9590 9402 6144 0209 2906 01

2. Article Number *(Transfer from service label)*
7021 0350 0001 0265 6239

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

TX Comptroller Mail

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FEB 0 2 2022

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
  Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

FILED
2/22/2022 12:00 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 407th District Court

Case 5:22-cv-00228-FB-HJB    Document 1-3    Filed 03/09/22    Page 21 of 27

CAUSE NO. 2022-CI-01303

| | | |
|---|---|---|
| JACQUELINE BENAVIDEZ AND | § | IN THE DISTRICT COURT |
| SAN JUANITA LERMA | § | |
| | § | |
| V. | § | 407th JUDICIAL DISTRICT |
| | § | |
| KCS TRUCKING, LLC, NORTHLAND | § | |
| CAPITAL FINANCIAL SERVICE, LLC | § | BEXAR COUNTY, TEXAS |
| RICK KIRK AND JUSTIN WILSON | | |

## DEFENDANT KCS TRUCKING, LLC, RICK KIRK, AND JUSTIN WILSON'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME KCS TRUCKING, LLC, RICK KIRK, AND JUSTING WILSON, Defendants in the above-captioned cause of action, and file this their Original Answer, and for such would respectfully show unto the Court as follows:

### I.
### GENERAL DENIAL

Pursuant to TEX. R. CIV. P. 92, Defendants, KCS TRUCKING, LLC, RICK KIRK, AND JUSTING WILSON, enter a general denial and demand strict proof by a preponderance of the evidence, or other applicable standard, of all the allegations asserted by Plaintiffs in Plaintiffs' Original Petition, and any supplement and/or amendment thereto.

### II.
### CONTRIBUTORY NEGLIGENCE

Defendants assert that any injuries or damages to Plaintiffs, JACQUELINE BENAVIDEZ AND SAN JUANITA LERMA, were caused, in whole or in part, by Plaintiffs' own contributory negligence.

### III.
### PAID OR INCURRED

The Plaintiffs' "right" to recover medical expenses is limited by the provisions of TEX. CIV. PRAC. & REM. CODE 41.0105.  Thus, recovery of medical or health care expenses incurred by Plaintiffs are limited to the amount actually paid or incurred by or on behalf of the Plaintiffs.

### IV
### PRE-EXISTING CONDITION

Defendants allege that the injuries (in whole or in part) complained of by Plaintiffs in this suit are pre-existing injuries and/or injuries that occurred after the subject incident.

### V.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants, KCS TRUCKING, LLC, RICK KIRK, AND JUSTING WILSON, pray that Plaintiffs take nothing by reason of this suit and that KCS TRUCKING, LLC, RICK KIRK, AND JUSTING WILSON be awarded their costs of court and such other and further relief to which they may be justly entitled.

Respectfully submitted,

_____

R. MATT LAIR
State Bar No. 11795410
Shelton & Valadez, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
(210) 349-0515 Telephone
(210) 349-3666 Facsimile
mlair@shelton-valadez.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on February 21, 2022, on the following counsel of record:

Email: d.tijerina@jagamezlaw.com
David A. Tijerina
Joe A. Gamez
LAW OFFICE OF JOE A. GAMEZ, P.C.
1119 Fresno Dr.
San Antonio, Texas 78201
T: (210) 736-4040

_____
R. MATT LAIR

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melanie Ploch on behalf of R. Matt Lair
Bar No. 11795410
mploch@shelton-valadez.com
Envelope ID: 61942678
Status as of 2/23/2022 11:57 AM CST

Associated Case Party: San Juanita Lerma

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Niqita Selman | | n.selman@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| Niqita Selman | | n.selman@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |

Associated Case Party: Jacqueline Benavidez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Niqita Selman | | n.selman@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| Niqita Selman | | n.selman@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Melanie Ploch | | mploch@shelton-valadez.com | 2/21/2022 5:51:40 PM | SENT |
| Matt Lair | | mlair@shelton-valadez.com | 2/21/2022 5:51:40 PM | SENT |

FILED
2/22/2022 12:00 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 407th District Court

Case 5:22-cv-00228-FB-HJB   Document 1-3   Filed 03/09/22   Page 25 of 27

CAUSE NO. 2022-CI-01303

| | | |
|---|---|---|
| JACQUELINE BENAVIDEZ AND | § | IN THE DISTRICT COURT |
| SAN JUANITA LERMA | § | |
| | § | |
| V. | § | 407th JUDICIAL DISTRICT |
| | § | |
| KCS TRUCKING, LLC, NORTHLAND | § | |
| CAPITAL FINANCIAL SERVICE, LLC | § | BEXAR COUNTY, TEXAS |
| RICK KIRK AND JUSTIN WILSON | | |

## **DEFENDANT KCS TRUCKING, LLC, RICK KIRK, AND JUSTIN WILSON'S JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME KCS TRUCKING, LLC, RICK KIRK, AND JUSTING WILSON, Defendants in the above-captioned cause of action, and request that the above cause of action be tried before a jury.  Defendants are submitting the jury fee along with this filing.

Respectfully submitted,

By:_____

R. MATT LAIR
State Bar No. 11795410

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on February 21, 2022, on the following counsel of record:

Email: d.tijerina@jagamezlaw.com
David A. Tijerina
Joe A. Gamez
LAW OFFICE OF JOE A. GAMEZ, P.C.
1119 Fresno Dr.
San Antonio, Texas 78201
T: (210) 736-4040

_____
R. MATT LAIR

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Melanie Ploch on behalf of R. Matt Lair
Bar No. 11795410
mploch@shelton-valadez.com
Envelope ID: 61942678
Status as of 2/23/2022 11:57 AM CST

Associated Case Party: San Juanita Lerma

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Niqita Selman | | n.selman@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| Niqita Selman | | n.selman@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |

Associated Case Party: Jacqueline Benavidez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Niqita Selman | | n.selman@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| Niqita Selman | | n.selman@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |
| David A.Tijerina | | d.tijerina@jagamezlaw.com | 2/21/2022 5:51:40 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Melanie Ploch | | mploch@shelton-valadez.com | 2/21/2022 5:51:40 PM | SENT |
| Matt Lair | | mlair@shelton-valadez.com | 2/21/2022 5:51:40 PM | SENT |